

# NUMBER 13-08-123-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE ARMANDO ESCATIOLA, JR.

### On Petition for Writ of Mandamus

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Memorandum Opinion Per Curiam**

On March 6, 2008, relator, Armando Escatiola, Jr., filed a petition for writ of mandamus with this Court in which he alleges that the District Clerk of Nueces County, Patsy Perez, failed to provide him a copy of the reporter's record in trial court cause number 91-CR-682-H, Court of Appeals cause number 13-92-00064-CR, as required by this Court in a post-card ruling on January 8, 2007. The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is

DENIED.  *See* TEX. R. APP. P. 52.8(a).

                                               PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this the 13th day of March, 2008.

_____

_____

[link]